# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Cristina McClintock,<br><br>  Plaintiff,<br>v.<br><br>Credit Services, Inc.,<br><br>  Defendant. | Case No. 1:16−cv−01395<br><br>HON. PAUL L. MALONEY<br>MAGISTRATE JUDGE RAY KENT |

### STIPULATED ORDER ADJOURNING SETTLEMENT CONFERENCE

UPON STIPULATION of all parties, and for the reasons set forth in the Joint Motion to Adjourn Settlement Conference:

**IT IS HEREBY ORDERED** that the settlement conference currently scheduled for April 5, 2018 is ADJOURNED without date pending further order of the Court.

**IT IS SO ORDERED.**


DATE: _____
                                                                                  Judge