UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CRISTINA MCCLINTOCK, )<br>     Plaintiff, )<br>)<br>-v- )<br>)<br>CREDIT SERVICES, INC., )<br>     Defendant. )<br>) | No. 1:16-cv-1395<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  March 28, 2018             /s/ Paul L. Maloney
                                  Paul L. Maloney
                                  United States District Judge